IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,

                Plaintiff,

     v.                                                     CASE NO. 23-CV-3074-JWL

KANSAS DEPARTMENT
OF CORRECTIONS, et al.,

                Defendants.

## MEMORANDUM AND ORDER

Plaintiff brought this pro se civil rights complaint under 42 U.S.C. § 1983. At the time of filing, Plaintiff was in custody at the Hutchinson Correctional Facility in Hutchinson, Kansas. It appears that Plaintiff is now incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. On October 26, 2023, the Court dismissed this case for failure to state a claim. This matter is before the Court on Plaintiff's Motion for Warrant in Aid of Writ (Doc. 22).

Plaintiff seeks to have a Kansas Department of Corrections employee detained "because of 'pending' Chapter 7 liquidation proceedings in the District Court of Butler County, Kansas." *Id*. at 2. He asserts that the employee's actions amounted to assistance in Plaintiff's "unlawful, illegal, retaliatory custody," and he "has a constitutional right in a Chapter 7 liquidation bankruptcy court to act as prosecutor against her." *Id*. at 2-3. Plaintiff also alleges that the employee attempted to "extort by physical harassment funds" from him "by convincing him to believe that she was cool enough to bring him in illicit drugs and communication devices." *Id*. at 1. In the alternative, Plaintiff seeks an order "reversing and removing" this case to the Butler County District Court. *Id*. at 3.

While Plaintiff does not cite any authority for his motion, it appears that he is relying on a state statute. K.S.A. 60-1506, "Warrant in aid of writ," provides that a state court judge may issue a warrant directing that a person be brought before him or her in the context of a state habeas corpus action. K.S.A. 60-1506.

The statute has no applicability in this closed federal civil rights case. Plaintiff's motion is denied.

**IT IS THEREFORE ORDERED BY THE COURT** that the Clerk is directed to reopen this case solely for purposes of entering this Memorandum and Order.

**IT IS FURTHER ORDERED THAT** Plaintiff's Motion for Warrant in Aid of Writ (Doc. 22) is **denied.**

**IT IS FURTHER ORDERED** that the Clerk is directed to close this case.

**IT IS SO ORDERED.**

**Dated May 5, 2025, at Kansas City, Kansas.**

        **S/ John W. Lungstrum**
        **JOHN W. LUNGSTRUM**
        **UNITED STATES DISTRICT JUDGE**